CHRISTOPHER D. SULLIVAN (CA State Bar No.148083)
(Admitted *Pro Hac Vice*)
ROXANNE BAHADURJI (CA State Bar No 290117)
(Admitted *Pro Hac Vice*)
**SULLIVAN BLACKBURN PRATT LLP**
601 Montgomery Street, Suite 1200
San Francisco, CA  94111
Phone: (415) 691-4518
Email: csullivan@sullivanblackburn.com
       rbahadurji@sullivanblackburn.com

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION**

| | |
|---|---|
| IN RE:<br><br>FLEXIBLE FUNDING LTD. LIABILITY CO., *et. al.*,<br><br>            Debtors.<br><br>FLEXIBLE FUNDING LTD. LIABILITY CO.,<br>            Plaintiff<br>v.<br><br>THE ORIGINAL MOWBRAY'S TREE SERVICE INCORPORATED,<br>            Defendant | Chapter 11<br>Case No. 21-42215-11-mxm<br><br>Adversary Proceeding No. 24-04020-mxm<br><br>Status Conference: September 26, 2024<br>Time: 9:00 AM<br>Honorable Mark X. Mullin |

**JOINT STATUS CONFERENCE STATEMENT**

    NOW COMES, Plaintiff Flexible Funding Ltd, Liability Co. ("Flexible") and Defendant The Original Mowbray's Tree Service, Incorporated ("Mowbray's") and submits this joint status

1

conference statement to apprise this Court of the status of this case prior to the status conference to be held on September 26, 2024:

1. On March 22, 2024, Flexible filed its complaint against Mowbray's. The complaint brings claims for conspiracy to defraud, aiding and abetting fraud, fraudulent concealment/misrepresentation, negligent misrepresentation, and breach of contract. The complaint also objects to Mowbray's proof of claim in excess of $5.5 million.

2. Flexible and Mowbray's by and through their counsel have been conferring since the complaint was filed. Flexible initially granted Mobwray's an extension to file a response to the complaint so that the parties could participate in a mediation in June 2024.

3. On June 6, 2024, the parties participated in a mediation before the Honorable Harlin D. Hale former Chief Judge of the United States Bankruptcy Court for the Northern District of Texas. Judge Hale has previously mediated two other adversary proceedings which were pending before this Court to resolution. The parties, however, did not settle at the mediation but continued to engage in discussions after, including with Judge Hale.

4. Subsequent to the conclusion of the mediation, a personal-injury plaintiff obtained a significant verdict against Mowbray's in California state court. That verdict has impacted the parties' settlement negotiations.

5. The parties by and through their counsel have been discussing the matter, and Flexible has provided Mowbray's with a number of further extensions to Mowbray's response deadline, including one to September 30, 2024.

6. The parties anticipate providing the Court with updated information at the status conference scheduled for September 26, 2024.

              Respectfully submitted,

DATED:  September 19, 2024    **SULLIVAN BLACKBURN PRATT LLP**

              */s/ Christopher D. Sullivan*
              Christopher D. Sullivan
              (Admitted *Pro Hac Vice*)
              California Bar No. 148083
              csullivan@sullivanblackburn.com
              601 Montgomery Street, Suite 1200
              San Francisco, CA 94111
              *Counsel for Flexible Funding Ltd. Liability Co.*

DATED:  September 19, 2024    **REED SMITH LLP**

              */s/ Paul D. Moak (with permission)*
              Paul D. Moak
              Texas Bar No. 00794316
              pmoak@reedsmith.com
              1221 McKinney Street
              Suite 2100
              Houston, TX 77010
              *Counsel for The Original Mowbray's Tree Service Incorporated*

## **CERTIFICATE OF SERVICE**

   It is hereby certified that on September 19, 2024, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

              */s/Christopher D. Sullivan*
              Christopher D. Sullivan