UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>FLEXIBLE FUNDING LTD. LIABILITY CO., )<br>*et. al.*, )<br>)<br>)<br>Debtors. )<br>─────────────────────────── )<br>)<br>FLEXIBLE FUNDING LTD. LIABILITY CO., )<br>        Plaintiff )<br>)<br>v. )<br>)<br>THE ORIGINAL MOWBRAY'S TREE )<br>SERVICE INCORPORATED, )<br>        Defendant )<br>─────────────────────── ) | Case No. 21-42215-11-mxm<br>Chapter 11<br><br>Adversary Proceeding No. 24-04020-mxm |

## JOINT MOTION TO ENTER AGREED SCHEDULING ORDER

Plaintiff Flexible Funding Ltd. Liability Co. and Defendant The Original Mowbray's Tree Service Incorporated ("Mowbray's") submit this Joint Motion to Enter Agreed Scheduling Order and respectfully represent:

On September 26, 2024, the Court held a status conference. At that status conference, counsel for Mowbray's informed the Court that the parties would work on an agreed scheduling order to submit to the Court. The Court advised that should the parties agree on a scheduling order, the status conference continued to October 24, 2024 at 9:00 am would be taken off calendar.

The parties have conferred and have agreed to the proposed scheduling order submitted with this motion. The parties respectfully request that the Court enter the Agreed Scheduling Order proposed by the parties.

1

                                Respectfully submitted,

DATED: October 17, 2024      **SULLIVAN BLACKBURN PRATT LLP**

                                */s/ Christopher D. Sullivan*
                                Christopher D. Sullivan
                                (Admitted *Pro Hac Vice*)
                                California Bar No. 148083
                                csullivan@sullivanblackburn.com
                                601 Montgomery Street, Suite 1200
                                San Francisco, CA 94111
                                *Counsel for Flexible Funding Ltd. Liability Co.*

DATED: October 17, 2024      **REED SMITH LLP**

                                */s/ Paul D. Moak (with permission)*
                                Paul D. Moak
                                Texas Bar No. 00794316
                                pmoak@reedsmith.com
                                1221 McKinney Street
                                Suite 2100
                                Houston, TX 77010
                                *Counsel for The Original Mowbray's Tree Service Incorporated*

## CERTIFICATE OF SERVICE

  It is hereby certified that on October 17, 2024, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

              */s/Christopher D. Sullivan*
              Christopher D. Sullivan